UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTRACOASTAL TUG AND BARGE COMPANY, LLC; dba INTRATUG, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-3152 |
| UNKNOWN INDIVIDUALS, CORPORATIONS ETC., | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiffs' Motion for Entry of Default as to All Claimants that Failed to File a Claim by the November 14, 2020 Default Date (Doc. No. 16), and Judge Stacy's Memorandum and Recommendation (Doc. No. 36) that the Court grant the Motion for Entry of Default. No response was filed to the Motion nor were objections filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that default be entered against all persons and/or entities claiming any and all damages and/or losses resulting from the alleged incident that occurred on or about March 10, 2020, during the voyage of the towing vessel DMO READY, as set forth in Petitioner's Complaint and Petition for Exoneration from or Limitation of Liability, who have not filed and served their claims and answers in this case, and that said persons and/or entities be forever barred from filing or serving claims in this action. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. No. 36) is **ADOPTED** and

Plaintiffs' Motion for Entry of Default as to All Claimants that Failed to File a Claim by the

November 14, 2020 Default Date (Doc. No. 16) is **GRANTED**.

SIGNED at Houston, Texas, this ___13th___ day of July 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE